

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00372-CR

John Henry **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3797
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED February 12, 2020.

_____
Irene Rios, Justice